# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

November 8, 2024

CL-2024-0058

T.B. v. Lamar County Department of Human Resources (Appeal from Lamar Juvenile Court:  JU-21-52.02).

CL-2024-0059

T.B. v. Lamar County Department of Human Resources (Appeal from Lamar Juvenile Court:  JU-22-27.02).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk